# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 13-07276 DDP (MRWx) | Date | May 11, 2017 |
| Title | DONOVAN L. HALEY -V- SOCIAL SECURITY ADMINISTRATION | | |

Present: The Honorable     DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Patricia Gomez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:

### MINUTE ORDER (IN CHAMBERS) (JS-6)

     On April 4, 2017, this Court issued an order to show cause why this case should not be dismissed for failure of Plaintiff to authorize withdrawal from a prison trust account. (*See* Dkt. 20.) That Order was marked undeliverable. (*See* Dkt. 22.) Accordingly, the court DISMISSES this action with prejudice for failure to prosecute and for failure to comply with the requirements of L.R. 46-1, requiring that a pro se Plaintiff keep the court apprised of his or her current address.

| | : | N / A |
|---|---|---|
| Initials of Preparer | | PG |